UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Cases are dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/16/2024

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Donald Creel – 1:18-cv-01119;
Leonard Henning – Case No. 1:19-cv-01604;
Emmie Herndon – Case No. 1:19-cv-00890;
Hector Lugo – Case No. 1:19-cv-01639;
Kimberly Moye – Case No. 1:19-cv-1056;
Sheila Murphy – Case No. 1:19-cv-03352; and
Robin Roberts-Watley – Case No. 1:19-cv-03619

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff[s] in the above-captioned case[s] acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: October 9, 2024

| | |
|---|---|
| */s/ Benjamin A. Bertram* | */s/ Andrea Roberts Pierson* |
| Benjamin A. Bertram | Andrea Roberts Pierson |
| Bertram & Graf, L.L.C. | Faegre Drinker Biddle & Reath LLP |
| 2345 Grand Boulevard, Suite 1925 | 300 North Meridian Street, Suite 2500 |
| Kansas City, Missouri 64108 | Indianapolis, Indiana 46204 |
| Telephone: (816) 523-2205 | Telephone: (317) 237-0300 |